**Order entered March 23, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-19-01120-CR
No. 05-19-01127-CR

**KEVIN JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 401-80295-2018, 401-82548-2019**

### ORDER

Before the Court is appellant's March 20, 2020 Motion to Cancel Oral Argument. We **GRANT** appellant's motion. We **ORDER** this case be submitted on the briefs on April 21, 2020.

/s/    DAVID J. SCHENCK
PRESIDING JUSTICE